IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL E. ELLIS, | No. C-10-2957 TEH (PR) |
|     Plaintiff, | |
|     v. | ORDER REOPENING ACTION |
| K. BRANDON, et. al., | (Doc. #5) |
|     Defendant(s). | |

Plaintiff, a prisoner at Pelican Bay State Prison ("PBSP") in Crescent City, California, has filed what the Court construes to be a request to reopen the above-entitled action, which is a pro se civil rights Complaint under 42 U.S.C. § 1983 alleging that PBSP correctional officers violated his constitutional rights. Doc. #5; see Doc. #1.

Good cause appearing, Plaintiff's request is GRANTED. The Clerk is directed to reopen the action. An initial screening order pursuant to 28 U.S.C. § 1915A will issue shortly.

IT IS SO ORDERED.

DATED    *04/06/2011*    _____
THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.10\Ellis-10-2957.reopen.wpd