1 KAMALA D. HARRIS
Attorney General of California
2 JAY C. RUSSELL
Supervising Deputy Attorney General
3 SCOTT J. FEUDALE
Deputy Attorney General
4 State Bar No. 242671
  455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA 94102-7004
  Telephone: (415) 703-5871
6   Fax: (415) 703-5843
  E-mail: Scott.Feudale@doj.ca.gov
7 *Attorneys for Defendants J. Silveira, K. Brandon and C. Countess*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RANDALL E. ELLIS,<br><br>                  Plaintiff,<br><br>v.<br><br>K. BRANDON, et al.,<br><br>                  Defendants. | C 10-2957 TEH<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

    Plaintiff Randall Ellis and Defendants J. Silveira, K. Brandon, and C. Countess stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This stipulation includes a dismissal of any claims against any past and unknown Defendants in this action. Each side shall bear its own attorneys' fee and costs. The filing of this stipulation

///

///

///

///

///

1

```
 1  automatically terminates the action.
 2  IT IS SO STIPULATED.
 3
 4  DATED: 3/30/12                    /s/ Randall E. Ellis
                                      RANDALL ELLIS
 5                                    Plaintiff, In Pro Se
 6
 7
    DATED: 3/30/12                    /s/ Scott Feudale
 8                                    SCOTT FEUDALE
                                      Deputy Attorney General
 9                                    Attorneys for Defendants J. Silveira, K. Brandon
                                      and C. Countess
10
    SF2011201818
11  20577547.doc
```

IT IS SO ORDERED
04/03/2012
Judge Thelton E. Henderson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

Stip. Vol. Dismissal With Prejudice  (C 10-2957 TEH)