1  KAMALA D. HARRIS
   Attorney General of California
2  JAY C. RUSSELL
   Supervising Deputy Attorney General
3  SCOTT J. FEUDALE
   Deputy Attorney General
4  State Bar No. 242671
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 703-5871
6   Fax:  (415) 703-5843
    E-mail:  Scott.Feudale@doj.ca.gov
7  *Attorneys for Defendants J. Silveira, K. Brandon and
   C. Countess*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **RANDALL E. ELLIS,** <br><br> Plaintiff, <br><br> v. <br><br> **K. BRANDON, et al.,** <br><br> Defendants. | C 10-2957 TEH <br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff Randall Ellis and Defendants J. Silveira, K. Brandon, and C. Countess stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). This stipulation includes a dismissal of any claims against any past and unknown Defendants in this action. Each side shall bear its own attorneys' fee and costs. The filing of this stipulation

///

///

///

///

///

1

1  automatically terminates the action.

2  IT IS SO STIPULATED.

3

4  DATED: 3/30/12

   RANDALL ELLIS
   Plaintiff, In Pro Se

7  DATED: 3/30/12

   SCOTT FEUDALE
   Deputy Attorney General
   Attorneys for Defendants *J. Silveira, K. Brandon and C. Countess*

SF2011201818
20577547.doc

04/03/2012

**IT IS SO ORDERED**

Judge Thelton E. Henderson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

Stip. Vol. Dismissal With Prejudice  (C 10-2957 TEH)